BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00261 AWI |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR EXTENSION OF TIME TO |
| v. | ) FILE RESPONSE SET A DATE FOR A |
| | ) REPLY AND CONTINUANCE OF STATUS |
| SALVADOR VALENCIA-GALVAN, | ) CONFERENCE AND MOTIONS |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
United States Attorney and Kimberly A. Sanchez, Assistant U.S.
Attorney and David Balakian, attorney for Salvador Valencia-Galvan,
that the time for the government to file its response to the
defendant's motion to suppress currently due January 4, 2013 be
extended to January 11, 2013; that the date for the defendant's reply
to the government's response be vacated; and that the hearing on the
motion and status conference remain on January 14, 2013 at 1:30 p.m.
Counsel have engaged in further plea negotiations and believe that
the case has a potential of settlement without necessitating
proceeding with the suppression motion.  The parties will be able to
determine whether resolotion of the matter is going to occur prior to

1

the government's response date of January 11, 2013.  Should the parties reach an agreement, the parties will file another stipulation setting a date for a change of plea.  The parties further agree that time will be excluded through the Court's ruling on the motions. Moreover, the parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).


Dated: January 3, 2013                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                    By    /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: January 3, 2013                    /s/ David Balakian
                                          DAVID BALAKIAN
                                          Attorney for the Defendant


IT IS SO ORDERED.

Dated:    January 3, 2013
                                    _____
                                    UNITED STATES DISTRICT JUDGE